UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RHEE,<br><br>    Petitioner,<br><br>v.<br><br>JOSIE GASTELO, Warden,<br><br>    Respondent. | No. CV 18-5461-SJO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Grounds One, Three and Four are dismissed as unexhausted. The Respondent is ordered to file an answer to the Petition for Writ of Habeas Corpus within 75 days after entry of this order.

This case is referred back to the magistrate judge for further proceedings.

DATED: December 12, 2019

                                                S. JAMES OTERO<br>                                        United States District Judge