# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RHEE,<br><br>        Petitioner,<br><br>        v.<br><br>JOSIE GASTELO,<br><br>        Respondent. | Case No. 2:18-CV-5461-VBF (LAL)<br><br>**JUDGMENT** |

    Final judgment is hereby entered in favor of the respondent and against petitioner Ronald Rhee.

    IT IS SO ADJUDGED.

DATED: June 30, 2021                      /s/ Valerie Baker Fairbank    .
                                                   HONORABLE VALERIE BAKER FAIRBANK
                                                   SENIOR UNITED STATES DISTRICT JUDGE